**UNITED STATES, Appellant, v. Blair S. LOMIRE, Appellee.**

No. 4987.

Circuit Court of Appeals, Third Circuit.

Feb. 15, 1933.

Louis E. Graham, U. S. Atty., and W. J. Aiken, Asst. U. S. Atty., both of Pittsburgh, Pa., C. L. Dawson and Davis G. Arnold, both of Washington, D. C.

Charles M. Donley, of Pittsburgh, Pa., and Challen W. Waychoff, of Waynesburg, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

The sole question in this war veteran's alleged total disability case is whether there

was evidence before the trial judge, trial by jury having been waived, from which he could reasonably find for the plaintiff. After a study of the proofs, we think there was, and accordingly affirm the judgment.